AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

## For The District of Columbia

**UNITED STATES OF AMERICA**

V.

Delfino Landeros Garcia
DOB:  XX/XX/1977

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about ___March 10, 2005___ in ___Washington, D.C.___ county, in the District of ___Columbia___ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer, possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony offense relating to fraudulent and false documents

in violation of Title ___18___ United States Code, Section(s) ___1028A(a)___.

I further state that I am ___Mark C. Leeper, Special Agent with the U.S. Immigration and Customs Enforcement___, and that this complaint is based on the following facts:

**See Attached Affidavit**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant
Mark C. Leeper, Special Agent
U.S. Immigration and Customs Enforcement

AUSA, Frederick Yette  (202) 353-1666
Sworn to before me and subscribed in my presence,

_____
Date

at  ___Washington, D.C.___
City and State

_____         _____
Name & Title of Judicial Officer                                 Signature of Judicial Officer