# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

Delfino Landeros Garcia

**CR 05-192**

**WARRANT FOR ARREST**

CASE NUMBER: 05-222 M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Delfino Landeros Garcia___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

FILED
MAY 19 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly transfer, possess and use, without lawful authority, a means of identification of another person, during and in relation to a felony offense relating to fraudulent and false documents

in violation of Title __18__ United States Code, Section(s) __§ 1028A(a)__.

Name of Issuing Officer: Robinson
Signature of Issuing Officer

Title of Issuing Officer: Deborah A. Robinson, U.S. Magistrate Judge

Date and Location: APR 26 2005   District of Columbia

Bail fixed at $ __HWOB__   by __Robinson__
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5-2-05 | Darlene Todd | Darlene Todd |
| DATE OF ARREST 5-19-05 | DUSM | |

1019520