# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.: |
| v. | : | MAGISTRATE NO.: 05-222M |
| DELFINO LANDEROS GARCIA | : | VIOLATIONS: |
| | : | 18 U.S.C. § 1546(a) |
| Defendant. | : | (Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States) |
| | | 18 U.S.C. § 1028A(a)(1) (Aggravated Identity Theft) |

## INFORMATION

The United States Attorney informs the Court:

### COUNT ONE

On or about March 10, 2005, within the District of Columbia, defendant DELFINO LANDEROS GARCIA did knowingly possess documents prescribed by statute or regulation for entry into and as evidence of authorized stay or employment in the United States, that is, false Resident Alien cards, false Employment Authorization cards, and false Social Security cards, knowing them to be forged, counterfeited, altered, and falsely made.

(Possession of Fraudulent Documents Prescribed for Authorized Stay or Employment in the United States, in violation of Title 18, United States Code, Section 1546(a)).

### COUNT TWO

1. The allegations contained in Count One of this Information are hereby realleged and incorporated as if set forth herein.

2. On or about March 10, 2005, within the District of Columbia, defendant DELFINO

LANDEROS GARCIA did knowingly transfer, possess and use, without lawful authority, a means of identification of another person during and in relation to a felony offense relating to fraudulent and false documents, as specified in Count One of this indictment, and such means of identification consisted of nine false social security cards bearing social security numbers that have been issued to individuals other than those named on the false social security cards, and identified herein by their last four digits:  2652, 9081, 4153, 3033, 8967, 8917, 7856, 8917 and 9018.

 (Aggravated Identity Theft,  in violation of Title 18, United States Code, Section 1028A(a)(1)).

                                KENNETH L. WAINSTEIN
                                United States Attorney, #451058

By: _____
FREDERICK W. YETTE, AUSA, #385391
555 4th Street, N.W., 11th Floor
Washington, D.C.  20530
(202) 353-1666
Frederick.Yette@usdoj.gov