AO 455 (Rev. 5/85) Waiver of Indictment



FILED
MAY 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

_____ DISTRICT OF _____

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| V. | |
| Delfino Landeros Garcia | CASE NUMBER: 05-192 |

I, _Delfino Garcia_, the above named defendant, who is accused of

_aggravated identity Fraud_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _5-24-05_ (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Delfino Landeros G._
Defendant

_[signature]_
Counsel for Defendant

Before _Ellen S. Huvelle_
Judicial Officer