

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 4 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO.: 05-192 |
| v. | : MAGISTRATE NO.: 05-222M |
| DELFINO LANDEROS GARCIA | : VIOLATION: |
| Defendant. | : 18 U.S.C. § 1028A(a)(1) |
| | : (Aggravated Identity Theft) |

## FACTUAL PROFFER
## IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this statement of facts which the United States would have presented if this matter had gone to trial. The facts presented below show, beyond a reasonable doubt, that on or about March 10, 2005, defendant DELFINO LANDEROS GARCIA (the "defendant" or "LANDEROS GARCIA") committed the offense of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1).

On March 10, 2005, law enforcement officers encountered LANDEROS GARCIA while he was in the 1700 block of Columbia Road. It was determined that LANDEROS GARCIA is an illegal alien from Mexico, and he was taken into custody by the U.S. Immigration and Customs Enforcement. At the time he was arrested, LANDEROS GARCIA had in his possession 10 small white packets containing 5 fraudulent resident

alien cards, 3 fraudulent employment authorization cards, and 10 fraudulent social security cards.

The 10 fraudulent social security cards bear the following social security numbers (which are identified herein by only the last four digits in order to protect the owner's privacy): 9208, 2652, 9081, 4153, 3033, 8967, 8917, 7856, 8917 and 9018. The Social Security Administration has determined that nine of the social security numbers, *i.e.*, each number except 9208, have been issued to real persons other than the persons named on the cards in LANDEROS GARCIA'S possession. Therefore, LANDEROS GARCIA was in possession of fraudulent social security cards bearing social security numbers that were a means of identification of real individuals, and he had no lawful authority to possess those social security numbers.

On March 11, 2005, LANDEROS GARCIA gave a written statement to a law enforcement agent in which he admitted that he was an illegal alien from Mexico and that he had been selling fraudulent identity documents on Columbia Road for two or three years for a man named "Sopi." LANDEROS GARCIA also admitted that the fraudulent documents in his possession on March 10th, at the time of his arrest, were for his customers, and that he charged $70.00 to $80.00 for the documents. He said that he typically sold 20 documents a week. He also admitted that he knew the documents were fake, and that it was illegal for him to sell them. LANDEROS GARCIA stated that he sometimes took customer orders to an apartment in Hyattsville, where he watched

2

some of his coconspirators make the documents. Then he would take the documents back to Columbia Road and distribute them to other vendors to sell.

LANDEROS GARCIA admits that he conspired with a number of individuals to sell illegal identity documents on Columbia Road, including, but not limited to, the following individuals: "Sopi;" Francisco Ruiz Guiterrez, whom he knows as "Panchillo" or "Pancho;" Joel Corona Zavala, whom he knows as "Watchet;" Oscar Corona Zavala, whom he knows as "Pollo;" Victor Hernandez Castro, and Jose Luna.

                              Respectfully submitted,

                              KENNETH L. WAINSTEIN
                              United States Attorney, #451058

By: _____
     FREDERICK W. YETTE, # 385391
     Assistant United States Attorney
     Transnational/Major Crimes Section
     555 4th Street, N.W., 11th Floor
     Washington, D.C. 20530
     (202) 353-1666
     Frederick.Yette@usdoj.gov

## Defendant's Acceptance of Factual Proffer

I have read entirely this Factual Proffer in Support of Guilty Plea and carefully reviewed every part of it with my attorney. The facts set forth above are true and accurate. I am fully satisfied with the legal services provided by my attorney in connection with this Factual Proffer and all matters relating to it. I fully understand this Factual Proffer and voluntarily agree to it. No threats have been made to me, nor am I under the influence of anything that could impede my ability to understand this Factual Proffer fully. No agreements, promises, understandings, or representations have been made with, to, or for me other than those set forth above.

_05/24/05_  
Date

_Delfino Landeros G._  
Delfino Landeros Garcia

## Defense Counsel's Acknowledgment

I am Delfino Landeros Garcia's attorney. I have reviewed every part of this Factual Proffer in Support of Guilty Plea with him.

_5-24-05_  
Date

_[signature]_  
Elita Amato, Esq.