HONORABLE ELLEN SEGAL HUVELLE, UNITED STATES DISTRICT JUDGE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No.: CR-05-0192 |
| | : | |
| vs. | : | SSN: |
| | : | |
| Garcia, Delfino | : | Disclosure Date: August 4, 2005 |

**FILED**

DEC 0 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

( )   There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____                     _____
**Prosecuting Attorney**                                                          **Date**

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )   There are no material/factual inaccuracies therein.

(✓)   There are material/factual inaccuracies in the PSI report as set forth in the attachment.

*Delfino Landros Garcia*                                    *[signature]*           *8-17-05*
**Defendant**                          **Date**              **Defense Counsel**              **Date**

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **August 18, 2005**, to U.S. Probation Officer **Monica Johnson**, telephone number **(202) 565-1332**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

**By:**   Richard A. Houck, Jr., Chief
United States Probation Officer

SHAFFER BOCK ANTON

**ELITA C. AMATO**
Attorney at Law
**1211 Conn. Ave., N.W., Suite 400**
**Washington, D.C. 20036**
(202) 223-3210

22 August 2005

Delivered by facsimile 202-273-0242

Monica Johnson
United States Probation Officer
Washington, D.C.

    re:   United States v. Delfino Landeros Garcia
          Crim. No. 05-192

Dear Ms. Johnson:

Following are corrections and additions to the preliminary pre-sentence investigation report.

## PART A. THE OFFENSE

### Charge(s) and Conviction(s)

Paragraph # 4:
Mr. Garcia may seek a reduction under certain circumstances.

### The Offense Conduct

Paragraph. #13:
Please take out the name of the person to whom Mr. Garcia sold documents for.

## PART C. OFFENDER CHARACTERISTICS

### Employment Record

From 2000-2001, Mr. Garcia worked as a busboy for the restaurant Coco Loco.

## PART D. SENTENCING OPTIONS

### Impact of Plea Agreement

Paragraph # 62:
Mr. Garcia did not plead guilty to both counts 1 and 2, only to count 2. The government
has agreed to dismiss the remaining count at sentencing.

    Thank you for your consideration. Please call me if you have any questions.

                  Sincerely,

                  Elita C. Amato

cc: AUSA Fred Yette, Jr., Esq.